and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ABRAHAM PINCUS, an Infant, etc., v. PHILIP BREITWEISER.— Application denied, with ten dollars costs, and stay vacated. Present— Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE UNITED STATES PRINTING AND LITHOGRAPH COMPANY v. DEXTER W. HEWITT, Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MASCO FINANCE COMPANY, INC., v. SIGMAR C. HILFER and Others.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

KLAMER REALTY CORPORATION v. JOSEPH DANERHIRSCH.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SOLOMON FRIEND v. THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LIMITED, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ADELLA E. BRANDWIN v. BONWIT TELLER & COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HARRY PERLITCH v. GORDON F. ROBERTS.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley JJ.

JAMES CAGNONE v. RICHMOND-NEW YORK STEAMSHIP COMPANY, Impleaded, etc.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Motion for stay granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WILLIAM PASTERNAK, an Infant, etc., v. PATRICK McGOVERN, INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES S. MARTIN v. WILLIAM C. PEYTON and Others, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

TOWER'S STORES, INC., v. BENNO LEVISON and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MEXICAN TELEGRAPH COMPANY v. STATE TAX COMMISSION and THE CITY OF NEW YORK. (Tax of 1921).— Motion granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MEXICAN TELEGRAPH COMPANY v. STATE TAX COMMISSION and THE CITY OF NEW YORK. (Tax of 1922).— Motion granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOHN BORST v. EIGHTH AVENUE RAILROAD COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CELIA McGANN, as Administratrix, etc., of MARY McGANN, Deceased, v.